ACCEPTED
05-14-00353-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
4/14/2015 2:30:59 PM
LISA MATZ
CLERK

# THOMPSON & KNIGHT LLP

## ATTORNEYS AND COUNSELORS

SCOTT P. STOLLEY

DIRECT DIAL: (214) 969-1678
EMAIL: Scott.Stolley@tklaw.com

Board Certified – Civil Appellate Law
Texas Board of Legal Specialization

ONE ARTS PLAZA
1722 ROUTH STREET ● SUITE 1500
DALLAS, TEXAS 75201-2533
214.969.1700
FAX 214.969.1751
www.tklaw.com

AUSTIN
DALLAS
FORT WORTH
HOUSTON
LOS ANGELES
NEW YORK
SAN FRANCISCO

ALGIERS
LONDON
MEXICO CITY
MONTERREY
PARIS

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
4/14/2015 2:30:59 PM
LISA MATZ
Clerk

April 14, 2015

Mrs. Lisa Matz, Clerk of the Court
Court of Appeals Fifth District of Texas
at Dallas
600 Commerce Street
Suite 200
Dallas, Texas 75202

Re:   *MRC Permian Company and Joe Foran v. Three Rivers Operating
Company and Three Rivers Acquisition LLC*
Court of Appeals No. 05-14-00353-CV
Trial Court Case No. DC-12-12637-A
T&K File No. 519499.000002

Dear Mrs. Matz:

In response to your February 26, 2015 notice about the April 28, 2015 oral argument, this is to inform you that Craig Haynes will present argument on behalf of Appellees.

Sincerely,

/s/ Scott P. Stolley
Scott P. Stolley

SPS:clm

cc:  Nina Cortell – via e-mail delivery
Jeremy D. Kernodle – via e-mail delivery
D. Patrick Long – via e-mail delivery
William D. White – via e-mail delivery

519499 000002 14702015.1